# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| NASHVILLE COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:24-cv-01020 |
| | ) | Judge Aleta A. Trauger |
| AUTO-OWNERS (MUTUAL) INSURANCE COMPANY, | ) ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE CONSENTING TO DEFENDANT'S MOTION TO CONTINUE TRIAL AND ALL RELATED DEADLINES AND REQUEST FOR TELEPHONIC STATUS CONFERENCE**

COMES NOW the Plaintiff, Nashville Communications, Inc. ("NashComm"), by and through counsel, and responds to Auto-Owners (Mutual) Insurance Company's ("Owners") Motion to Continue Trial and All Related Deadlines (DE 49), as follows:

After consultation, NashComm respectfully consents to Owners' requested trial continuance under the circumstances. However, NashComm notes that the Insured Property continues to experience significant, ongoing roof and interior water leaks since the loss in the underlying case. Each time it rains (or snow/ice melts), NashComm must address the leaking through water-catching measures and the protection of business personal property. Too, Owners refuses to pay the Appraisal Award in this matter which continues the delay of NashComm's repairs of covered damage.

For these reasons, although NashComm consents to Owners' requested continuance, NashComm respectfully asks that the Court set a telephonic status conference at its earliest

convenience in an effort to expedite a new trial setting as soon as practicable for the Court and the Parties.

Respectfully submitted,

McWHERTER, SCOTT & BOBBITT PLC

s/Jonathan L. Bobbitt
JONATHAN L. BOBBITT #23515
jonathan@msb.law
NANCY R. STEER #33562
nan@msb.law
EMILY S. ALCORN #33281
emily@msb.law
109 Westpark Drive, Suite 260
Brentwood, Tennessee 37027
T: (615) 354-1144
F: (731) 664-1540

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL AND ALL RELATED DEADLINES has been mailed electronically to all counsel of record on this the 25th day of November 2025:

Hannah J. Leifel, Esq.
BREWER, KRAUSE, BROOKS, CHASTAIN & MEISNER, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228-1209
hleifel@bkblaw.com

s/Jonathan L. Bobbitt